UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F. Burkhart, Chapter 7 Trustee , <br><br> Plaintiff, <br><br> v. <br><br> Ronald Chandra, <br><br> Defendant. | Case No. 2:13-cv-2296 JAM <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Ronald Chandra

Date: November 20, 2013　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/ C. Manzer
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk