**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re ) | Case No.:  2:13-CV-2296-JAM |
| ) | |
| VINCENT THAKUR SINGH, dba PERFECT ) | |
| FINANCIAL GROUP, INC., dba AAMCO ) | |
| STOCKTON, INC., dba AAMCO ) | Bankruptcy Case No.:  10-42050-D-7 |
| ORANGEVALE, INC., fdba ACCEPTANCE ) | |
| CAPITAL, fdba PERFECT MORTGAGE and ) | |
| MALANIE GAY SINGH ) | |
| ) | |
| Debtors. ) | Adv. Pro. No.:  12-2497 |
| _____ ) | |
| ) | |
| MICHAEL F. BURKART, CHAPTER 7 ) | |
| TRUSTEE ) | |
| ) | **AMENDED JUDGMENT IN A CIVIL** |
| ) | **CASE** |
| Plaintiff ) | |
| v. ) | |
| ) | |
| RONALD CHANDRA ) | |
| ) | |
| Defendant ) | |

   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/20/2013.  PLAINTIFF SHALL RECOVER FROM DEFENDANT THE SUM OF $14,500.00.**

                                                                **Marianne Matherly**
                                                                Clerk of Court

DATED:  April 22, 2014

                                                                /s/ J. Donati
                                                 by: _____
                                                                J. Donati,      Deputy Clerk

- 1